**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>                        Plaintiff,          )<br>        v.                                           )<br>                                                          )          2:12-CR-485-GMN-(PAL)<br>HOPE IPPOLITI,                             )<br>                                                          )<br>                        Defendant.       ) | |

**ORDER OF FORFEITURE**

On March 25, 2013, defendant HOPE IPPOLITI pled guilty to Count One of a Twenty-Six-Count Indictment charging her in Count One with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 1349 and agreed to the forfeiture of property set forth in the Plea Agreement and the Forfeiture Allegation in the Indictment. Indictment, ECF No. 1; Plea Agreement, ECF No. 33.

This Court finds that HOPE IPPOLITI shall pay a criminal forfeiture money judgment of $5,597,968.40 in United States Currency to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from HOPE IPPOLITI a criminal forfeiture money judgment in the amount of $5,597,968.40 in United States Currency .

**DATED** this 2nd day of April, 2013.

_____
Gloria M. Navarro
United States District Judge