# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:12-CR-485-GMN-(PAL) |
| HOPE IPPOLITI, | ) |
| Defendant. | ) |

## ORDER OF FORFEITURE

This Court found on April 2, 2013, that HOPE IPPOLITI shall pay a criminal forfeiture money judgment of $5,597,968.40 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Indictment, ECF No. 1; Change of Plea Minutes, ECF No. 31; Plea Agreement, ECF No. 33; Order of Forfeiture, ECF No. 37.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from HOPE IPPOLITI a criminal forfeiture money judgment in the amount of $5,597,968.40 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

DATED this __18__ day of __Oct__, 2013.

_____
UNITED STATES DISTRICT JUDGE