# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:12-cr-00485-GMN-PAL |
| vs. | ) | |
| | ) | **ORDER** |
| HOPE IPPOLITI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Before the Court is Defendant Hope Ippoliti's Motion (ECF No. 72) for District Judge to Reconsider Order on Ex Parte Motion by Hope Ippoliti (ECF No. 71), and the Government's Response (ECF No. 74) to Defendant's Motion.  For the reasons stated by the Government in its Response (ECF No. 74), Defendant Hope Ippoliti's Motion (ECF No. 72) for District Judge to Reconsider Order on Ex Parte Motion by Hope Ippoliti (ECF No. 71) is hereby DENIED.

**DATED** this 1st day of August, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court