**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:12-CR-485-GMN-(PAL) ) |
| HOPE IPPOLITI, | ) ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

On December 19, 2012, the Grand Jury returned a Twenty-Six Count Criminal Indictment, charging HOPE IPPOLITI in Count One with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 1349; in Counts Two through Twenty-Five with Wire Fraud in violation of Title 18, United States Code, Section 1343; and alleged forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1.

On March 25, 2013, HOPE IPPOLITI pled guilty to Count One of the Criminal Indictment (ECF No. 1). Plea Agreement, ECF No. 33; Change of Plea Minutes, ECF No. 31.  On April 2, 2013, the United States District Court for the District of Nevada entered an Order of Forfeiture (ECF No. 37) against HOPE IPPOLITI, issuing a criminal forfeiture money judgment of $5,597,968.40 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code,

. . .

Section 853(p) based upon the plea of guilty by defendant HOPE IPPOLITI to the criminal offenses. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 33; Change of Plea Minutes, ECF No. 31.

On October 18, 2013, the United States District Court for the District of Nevada sentenced HOPE IPPOLITI. Sentencing Minutes, ECF No. 63.  On the same date, this Court entered the sentencing Order of Forfeiture with a criminal forfeiture money judgment of $5,597,968.40 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p). Sentencing Order of Forfeiture, ECF No. 64.

On October 31, 2013, the United States District Court for the District of Nevada entered the Judgment in a Criminal Case on HOPE IPPOLITI with the Sentencing Order of Forfeiture (ECF No. 64) attached. Judgment in a Criminal Case, ECF No. 67.

On May 16, 2014, the United States filed a Sealed Ex Parte Motion to File this Motion and the Sealed Ex Parte Motion to Substitute and to Forfeit Property of Hope Ippoliti under Seal and Motion to Unseal and Order (ECF No. 68) along with the Sealed Ex Parte Motion to Substitute and to Forfeit Property of Hope Ippoliti (ECF No. 69) to be used towards satisfaction of Ippoliti's criminal forfeiture money judgment.  On May 16, 2014, the United States District Court for the District of Nevada entered the order granting the United States' motion to seal and unseal (ECF No. 70) and the Substitution and Forfeiture Order (ECF No. 71) authorizing the substitution and forfeiture of the following real properties pursuant to Title 21, United States Code, Section 853(p):

1.  Real property located at 3320 South Fort Apache Road, #107, Las Vegas, Nevada 89117, APN #163-17-116-076, currently held in the name of the Hope Nessin-Ippoliti Revocable Living Trust, Hope Nessin-Ippoliti, Trustee.  The property is more particularly described as follows:

> ALL THE LAND REFERRED TO HEREIN IS SITUATED IN THE COUNTY OF CLARK, STATE OF NEVADA AND IS DESCRIBED AS FOLLOWS:
> PARCEL I (COMMON AREAS):
> AN UNDIVIDED 1/24 INTEREST AS TENANT-IN-COMMON IN THE COMMON ELEMENTS OF PHASE III OF PALISADES POINT (A COMMON INTEREST COMMUNITY CONDOMINIUM SUBDIVISION), AS SHOWN BY MAP THEREOF ON FILE IN BOOK 57 OF PLATS, PAGE 41, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.
> EXCEPTING THEREFROM THE FOLLOWING:

> ALL LIVING UNITS AND ASSOCIATION PROPERTY SHOWN IN PHASE III OF SAID PLAT OF PALISADES POINT AND AS FURTHER DEFINED IN THE DECLARATION OF RESTRICTIONS HEREAFTER SET FORTH.
> AND RESERVING THEREFROM:
> THE RIGHT TO POSSESSION OF ALL THOSE AREAS DESIGNATED AS EXCLUSIVE USE AREAS OF LIMITED COMMON ELEMENTS, AS SHOWN UPON THE PLAT REFERRED TO ABOVE;
> AND FURTHER RESERVING THEREFROM, FOR THE BENEFIT OF THE OWNERS OF CONDOMINIUMS IN ALL SUBSEQUENT PHASES, NON-EXCLUSIVE EASEMENTS ON, OVER AND ACROSS THE ASSOCIATION PROPERTY AS DEFINED AND SHOWN UPON THE PLAT REFERRED TO ABOVE FOR INGRESS, EGRESS, AND RECREATIONAL USE, SUBJECT TO THE TERMS AND AS MORE PARTICULARLY SET FORTH IN "DECLARATION OF COVENANTS, CONDITIONS, AND RESTRICTIONS", RECORDED ON JULY 28, 1993 IN BOOK 930728, AS INSTRUMENT NO. 00145, CLARK COUNTY, NEVADA, RECORDER, TO WHICH REFERENCE IS HEREAFTER MADE.
> PARCEL II (LIVING UNIT):
> LIVING UNIT 107, IN BUILDING 10, AS SHOWN UPON THE CONDOMINIUM PLAT REFERRED TO ABOVE.
> PARCEL III (LIMITED COMMON ELEMENT):
> THE EXCLUSIVE RIGHT TO USE, POSSESSION, AND OCCUPANCY OF THOSE PORTIONS OF THE LIMITED COMMON ELEMENTS EXCLUSIVE USE AREA BEING DESCRIBED UPON THE PLAT AS BALCONIES, PATIOS, STAIRWAYS, AND ASSIGNED PARKING SPACES, WHICH ARE APPURTENANT TO AND FOR THE EXCLUSIVE USE OF PARCEL III.
> PARCEL IV (ASSOCIATION PROPERTY AND COMMON ELEMENTS):
> A NON-EXCLUSIVE EASEMENT ON AND OVER THE COMMON ELEMENTS AND ASSOCIATION PROPERTY (AS DEFINED IN THE DECLARATION) FOR ACCESS, USE, OCCUPANCY, ENJOYMENT, INGRESS, EGRESS, UNDONE OF THE AMENITIES LOCATED THEREON, SUBJECT TO THE TERMS AND PROVISIONS OF THE DECLARATION.  THIS EASEMENT IS APPPURTENANT TO PARCELS I, II AND III ABOVE DESCRIBED.
> PARCEL V (PHASED AREAS):
> A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS, AND RECREATIONAL USE ON AND OVER THE COMMON ELEMENTS AND ASSOCIATION PROPERTY IN SUBSEQUENT PHASES, WHICH EASEMENT IS APPURTENANT TO PARCELS I, II AND III DESCRIBED ABOVE.  THIS EASEMENT SHALL BE EFFECTIVE ONLY UNTIL RECORDATION PRIOR TO EXPIRATION OF RIGHT TO ANNEX OF A DECLARATION OF ANNEXATION DECLARING THE PHASES TO BE SUBJECT TO THE DECLARATION WHICH REQUIRES THE OWNERS OF CONDOMINIUMS IN SAID SUBSEQUENT PHASES TO BE MEMBERS OF THE ASSOCIATION.
> PARCEL VI (HOMEOWNERS' ASSOCIATION):
> ONE OWNER'S MEMBERSHIP IN THE PALISADES POINT PROPERTY ASSOCIATION, A NEVADA CORPORATION, HEREINAFTER CALLED THE ASSOCIATION.
> PROPERTY ADDRESS:  3320 SOUTH FORT APACHE ROAD, UNIT 107, LAS VEGAS, NEVADA 89117, PARCEL ID: 163-17-116-076; and

2.   Real property located at 7885 West Flamingo Road, #1146, Las Vegas, Nevada 89147, APN #163-21-516-258, held in the name of the Hope Nessin-Ippoliti Revocable Living Trust, Hope Nessin-Ippoliti, Trustee.  This property is more particularly described as follows:

1. ALL THAT REAL PROPERTY SITUATED IN THE COUNTY OF CLARK, STATE OF NEVADA, BOUNDED AND DESCRIBED AS FOLLOWS:
2. UNIT 1146 ("UNIT"), IN BUILDING 23 ("BUILDING") AS SHOWN ON THE FINAL MAP OF RANCHO VIEJO, FILED IN BOOK 74 OF PLATS, PAGE 100, IN THE
3. OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA, AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN
4. DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR RANCHO VIEJO CONDOMINIUM, RECORDED JULY 27, 2004 AS INSTRUMENT NO 4141 IN
5. BOOK 20040727, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("RANCHO VIEJO DECLARATION").
6. PARCEL II:
7. TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND TO THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE RANCHO VIEJO DECLARATION.
8. PARCEL III:
9. TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE RANCHO VIEJO DECLARATION.
10. PARCEL IV:
11. TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO AND EGRESS FROM THE UNIT, AND OF ENJOYMENT OF THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE RANCHO
12. VIEJO DECLARATION.
    PROPERTY ADDRESS: 7885 WEST FLAMINGO ROAD, UNIT 1146, LAS VEGAS,
13. NEVADA, 89147. PARCEL ID: 163-21-516-258.

14. On June 12, 2014, the United States Marshals Service ("USMS") seized, arrested, and took into
15. custody the real properties located at 3320 S. Fort Apache Rd., #107, Las Vegas, Nevada 89117 and 7885
16. W. Flamingo Rd., #1146, Las Vegas, Nevada 89147. Notice of Filing Service of Process, ECF No. 73.
17. After the real properties were taken into custody and the United States filed the Notice of Filing Service of
18. Process (ECF No. 73) showing that the properties were taken into custody, the sealed motions and the
19. Substitution and Forfeiture Order were automatically unsealed per the Order granting the Motion to Seal
20. and Unseal (ECF No. 70) so that the proper parties could be served.

21. On June 24, 2014, Hope Ippoliti filed a Motion (ECF No. 72) for the District Judge to Reconsider
22. the Substitution and Forfeiture Order (ECF No. 71). On July 10, 2014, the United States filed its
23. Response to Ippoliti's Motion to Reconsider (ECF No. 74). On August 1, 2014, the United States District
24. Court for the District of Nevada entered an order (ECF No. 80) denying Hope Ippoliti's Motion.

25. On July 9, 2014, Thomas Pitaro, counsel for Hope Ippoliti, 1212 S. Casino Center Blvd., Las
26. Vegas, Nevada 89104 was personally served with the United States of America's Motion to File this

4

Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Service of Process - Personal Service, ECF No. 75, p. 2-33.

On July 9, 2014, Michael Lowry, counsel for the Turnberry victims, 1100 E. Bridger Ave., Las Vegas, Nevada 89101 was personally served with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Service of Process - Personal Service, ECF No. 75, p. 34-65.

On July 10, 2014, the United States of America filed a Motion for an Interlocutory Order of Sale of the Real Properties and Order (ECF No. 76).  On August 13, 2014, the United States District Court for the District of Nevada entered the order granting the United States' motion (ECF No. 81).

On July 10, 2014, Hope Ippoliti, Register Number 47711-048, FCC-Victorville Womens Prison Camp, P.O. Box 5400, Adelanto, CA 92301 was served via First Class Mail with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, the Notice, and the United States of America's Response to Ippoliti's Motion to Reconsider. Certificate of Service, ECF No. 77.

On July 9, 2014, Michele F. Shafe, Clark County Assessor, 500 S. Grand Central Pkwy., 2nd Floor, Las Vegas, Nevada 89155 was personally served with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Service of Process - Personal Service – (LV Entities and HOAs), ECF No. 78, p. 3-34.

On July 9, 2014, Steven B. Wolfson, Clark County District Attorney, 200 Lewis Avenue, Las Vegas, Nevada 89101 was personally served with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to

Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Service of Process - Personal Service – (LV Entities and HOAs), ECF No. 78, p. 35-66.

On July 9, 2014, Debbie Conway, Clark County Recorder, 500 S. Grand Central Parkway, 2nd Floor, Las Vegas, Nevada 89155 was personally served with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Service of Process - Personal Service – (LV Entities and HOAs), ECF No. 78, p. 67-98.

On July 9, 2014, Laura B. Fitzpatrick, Clark County Treasurer, 500 S. Grand Central Parkway, Las Vegas, Nevada 89155 was personally served with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Service of Process - Personal Service – (LV Entities and HOAs), ECF No. 78, p. 99-130.

On July 9, 2014, Diana Alba, Clark County Clerk, Commission Division, 500 S. Grand Central Parkway, 1st and 6th Floors, Las Vegas, Nevada 89155 was personally served with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Service of Process - Personal Service – (LV Entities and HOAs), ECF No. 78, p. 131-162.

On July 9, 2014, Diana Alba, Clark County Clerk, Clark County Board of Commissioners, Commission Division, 500 S. Grand Central Parkway, 1st and 6th Floors, Las Vegas, Nevada 89155 was personally served with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Service of Process - Personal Service – (LV Entities and HOAs), ECF No. 78, p. 163-194.

. . .

On July 9, 2014, Diana Alba, Clark County Clerk, Clark County Water Reclamation District, Commission Division, 500 S. Grand Central Parkway, 1st and 6th Floors, Las Vegas, Nevada 89155 was personally served with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Service of Process - Personal Service – (LV Entities and HOAs), ECF No. 78, p. 195-226.

On July 9, 2014, David L. Johnson, General Manager, Southern Nevada Water Authority, 1001 S. Valley View Blvd., Las Vegas, Nevada 89153 was personally served with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Service of Process - Personal Service – (LV Entities and HOAs), ECF No. 78, p. 323-354.

On July 9, 2014, Rancho Viejo Homeowners Association, 7885 W. Flamingo Rd., #1167, Las Vegas, Nevada 89147 was personally served with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Service of Process - Personal Service – (LV Entities and HOAs), ECF No. 78, p. 259-290.

On July 9, 2014, Gregory J. Walch, General Counsel, Las Vegas Valley Water District, Las Vegas, Nevada 89153 was personally served with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Service of Process - Personal Service – (LV Entities and HOAs), ECF No. 79, p. 1-32.

On July 9, 2014, John Entsminger, General Manager, Las Vegas Valley Water District, 1001 S. Valley View Blvd., Las Vegas, Nevada 89153 was personally served with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture

Order, and the Notice. Notice of Filing Service of Process - Personal Service – (LV Entities and HOAs), ECF No. 79, p. 33-64.

On July 9, 2014, Mary Beth Scow, President, Las Vegas Valley Water District, 1001 S. Valley View Blvd., Las Vegas, Nevada 89153 was personally served with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Service of Process - Personal Service – (LV Entities and HOAs), ECF No. 79, p. 65-96.

On July 9, 2014, Gregory J. Walch, General Counsel, Las Vegas Valley Water District, Las Vegas, Nevada 89153 was personally served with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Service of Process - Personal Service – (LV Entities and HOAs), ECF No. 79, p. 97-128.

On July 9, 2014, Bradford Jerbic, City Attorney, City of Las Vegas, 495 S. Main St., 6th Floor, Las Vegas, Nevada 89101 was personally served with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Service of Process - Personal Service – (LV Entities and HOAs), ECF No. 79, p. 129-160.

On July 9, 2014, Beverly Bridges, City Clerk, City of Las Vegas, 495 S. Main St., Las Vegas, Nevada 89101 was personally served with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Service of Process - Personal Service – (LV Entities and HOAs), ECF No. 79, p. 161-192.

On July 9, 2014, Beverly Bridges, City Clerk, City of Las Vegas Sewer, 495 S. Main St., Las Vegas, Nevada 89101 was personally served with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to

Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Service of Process - Personal Service – (LV Entities and HOAs), ECF No. 79, p. 193-224.

On July 10, 2014, Larry Brown, Chairman, Clark County Water Reclamation District, 5857 E. Flamingo Road, Las Vegas, Nevada 89122 was personally served with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Service of Process - Personal Service – (LV Entities and HOAs), ECF No. 78, p. 227-258.

On July 30, 2014, Palisades Point Property Association, 8290 Arville St., Las Vegas, Nevada 89139 was personally served with the United States of America's Motion to File this Motion and the Motion to Substitute under Seal and Motion to Unseal, the Motion to Substitute and to Forfeit Property of Hope Ippoliti, the Substitution and Forfeiture Order, and the Notice. Notice of Filing Service of Process - Personal Service – (LV Entities and HOAs), ECF No. 78, p. 291-322.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 21, 2014, through September 19, 2014, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 83.

This Court finds no other petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code,

. . .

Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and (p) and shall be disposed of according to law:

    1.  Real property located at 3320 South Fort Apache Road, #107, Las Vegas, Nevada 89117, APN #163-17-116-076, currently held in the name of the Hope Nessin-Ippoliti Revocable Living Trust, Hope Nessin-Ippoliti, Trustee.  The property is more particularly described as follows:

    ALL THE LAND REFERRED TO HEREIN IS SITUATED IN THE COUNTY OF CLARK, STATE OF NEVADA AND IS DESCRIBED AS FOLLOWS:
PARCEL I (COMMON AREAS):
AN UNDIVIDED 1/24 INTEREST AS TENANT-IN-COMMON IN THE COMMON ELEMENTS OF PHASE III OF PALISADES POINT (A COMMON INTEREST COMMUNITY CONDOMINIUM SUBDIVISION), AS SHOWN BY MAP THEREOF ON FILE IN BOOK 57 OF PLATS, PAGE 41, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.
EXCEPTING THEREFROM THE FOLLOWING:
ALL LIVING UNITS AND ASSOCIATION PROPERTY SHOWN IN PHASE III OF SAID PLAT OF PALISADES POINT AND AS FURTHER DEFINED IN THE DECLARATION OF RESTRICTIONS HEREAFTER SET FORTH.
AND RESERVING THEREFROM:
THE RIGHT TO POSSESSION OF ALL THOSE AREAS DESIGNATED AS EXCLUSIVE USE AREAS OF LIMITED COMMON ELEMENTS, AS SHOWN UPON THE PLAT REFERRED TO ABOVE;
AND FURTHER RESERVING THEREFROM, FOR THE BENEFIT OF THE OWNERS OF CONDOMINIUMS IN ALL SUBSEQUENT PHASES, NON-EXCLUSIVE EASEMENTS ON, OVER AND ACROSS THE ASSOCIATION PROPERTY AS
DEFINED AND SHOWN UPON THE PLAT REFERRED TO ABOVE FOR INGRESS, EGRESS, AND RECREATIONAL USE, SUBJECT TO THE TERMS AND AS MORE PARTICULARLY SET FORTH IN "DECLARATION OF COVENANTS, CONDITIONS, AND RESTRICTIONS", RECORDED ON JULY 28, 1993 IN BOOK 930728, AS INSTRUMENT NO. 00145, CLARK COUNTY, NEVADA, RECORDER, TO WHICH REFERENCE IS HEREAFTER MADE.
PARCEL II (LIVING UNIT):
LIVING UNIT 107, IN BUILDING 10, AS SHOWN UPON THE CONDOMINIUM PLAT REFERRED TO ABOVE.
PARCEL III (LIMITED COMMON ELEMENT):
THE EXCLUSIVE RIGHT TO USE, POSSESSION, AND OCCUPANCY OF THOSE PORTIONS OF THE LIMITED COMMON ELEMENTS EXCLUSIVE USE AREA BEING DESCRIBED UPON THE PLAT AS BALCONIES, PATIOS, STAIRWAYS, AND ASSIGNED PARKING SPACES, WHICH ARE APPURTENANT TO AND FOR THE EXCLUSIVE USE OF PARCEL III.
PARCEL IV (ASSOCIATION PROPERTY AND COMMON ELEMENTS):
A NON-EXCLUSIVE EASEMENT ON AND OVER THE COMMON ELEMENTS AND ASSOCIATION PROPERTY (AS DEFINED IN THE DECLARATION) FOR ACCESS, USE, OCCUPANCY, ENJOYMENT, INGRESS, EGRESS, UNDONE OF THE AMENITIES LOCATED THEREON, SUBJECT TO THE TERMS AND PROVISIONS OF THE DECLARATION.  THIS EASEMENT IS APPPURTENANT TO PARCELS I, II AND III ABOVE DESCRIBED.
PARCEL V (PHASED AREAS):

. . .

```
A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS, AND RECREATIONAL USE
ON AND OVER THE COMMON ELEMENTS AND ASSOCIATION PROPERTY IN
SUBSEQUENT PHASES, WHICH EASEMENT IS APPURTENANT TO PARCELS I, II
AND III DESCRIBED ABOVE.  THIS EASEMENT SHALL BE EFFECTIVE ONLY
UNTIL RECORDATION PRIOR TO EXPIRATION OF RIGHT TO ANNEX OF A
DECLARATION OF ANNEXATION DECLARING THE PHASES TO BE SUBJECT TO
THE DECLARATION WHICH REQUIRES THE OWNERS OF CONDOMINIUMS IN
SAID SUBSEQUENT PHASES TO BE MEMBERS OF THE ASSOCIATION.
PARCEL VI (HOMEOWNERS' ASSOCIATION):
ONE OWNER'S MEMBERSHIP IN THE PALISADES POINT PROPERTY
ASSOCIATION, A NEVADA CORPORATION, HEREINAFTER CALLED THE
ASSOCIATION.
PROPERTY ADDRESS:  3320 SOUTH FORT APACHE ROAD, UNIT 107, LAS VEGAS,
NEVADA 89117, PARCEL ID: 163-17-116-076; and
```

2.   Real property located at 7885 West Flamingo Road, #1146, Las Vegas, Nevada 89147, APN #163-21-516-258, held in the name of the Hope Nessin-Ippoliti Revocable Living Trust, Hope Nessin-Ippoliti, Trustee.  This property is more particularly described as follows:

```
ALL THAT REAL PROPERTY SITUATED IN THE COUNTY OF CLARK, STATE OF
NEVADA, BOUNDED AND DESCRIBED AS FOLLOWS:
UNIT 1146 ("UNIT"), IN BUILDING 23 ("BUILDING") AS SHOWN ON THE FINAL
MAP OF RANCHO VIEJO, FILED IN BOOK 74 OF PLATS, PAGE 100, IN THE
OFFICIAL RECORDS OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA,
AND AS DEFINED AND SET FORTH IN AND SUBJECT TO THAT CERTAIN
DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR RANCHO
VIEJO CONDOMINIUM, RECORDED JULY 27, 2004 AS INSTRUMENT NO 4141 IN
BOOK 20040727, OFFICIAL RECORDS, CLARK COUNTY, NEVADA ("RANCHO
VIEJO DECLARATION").
PARCEL II:
TOGETHER WITH AN UNDIVIDED ALLOCATED FRACTIONAL INTEREST IN AND
TO THE GENERAL COMMON ELEMENTS, AS SET FORTH IN, AND SUBJECT TO,
THE PLAT AND THE RANCHO VIEJO DECLARATION.
PARCEL III:
TOGETHER WITH AN EXCLUSIVE INTEREST IN AND TO THOSE LIMITED
COMMON ELEMENTS, IF ANY, APPURTENANT TO THE UNIT, AS SET FORTH IN,
AND SUBJECT TO, THE PLAT AND THE RANCHO VIEJO DECLARATION.
PARCEL IV:
TOGETHER WITH A NON-EXCLUSIVE EASEMENT OF REASONABLE INGRESS TO
AND EGRESS FROM THE UNIT, AND OF ENJOYMENT OF THE GENERAL COMMON
ELEMENTS, AS SET FORTH IN, AND SUBJECT TO, THE PLAT AND THE RANCHO
VIEJO DECLARATION.
PROPERTY ADDRESS:  7885 WEST FLAMINGO ROAD, UNIT 1146, LAS VEGAS,
NEVADA, 89147.  PARCEL ID: 163-21-516-258
```

which will be applied towards the criminal forfeiture money judgment of $5,597,968.40 in United States Currency.

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

**DATED** this 22nd day of October, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

**PROOF OF SERVICE**

I, Michelle C. Lewis, certify that the following individuals were served with a copy of the Final Order of Forfeiture on October 21, 2014, by the below identified method of service:

<u>CM/ECF:</u>

Thomas F. Pitaro
1212 S. Casino Center Blvd.
Las Vegas, NV 89104
Email: thomaspitaro@yahoo.com
*Counsel for Hope Ippoliti*

Jess R. Marchese
Law Office of Jess R. Marchese
601 S. Las Vegas Blvd.
Las Vegas, NV 89101
Email: marcheselaw@msn.com
*Counsel for Rocco Lazazzaro*

Michael Ryan Pandullo
700 South Third Street
Las Vegas, NV 89101
Email: michael.pandullo@gmail.com
*Counsel for Rocco Lazazzaro*

<u>US MAIL:</u>

Hope Ippoliti
Victorville
47711-048 U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. Box 5300
Adelanto, CA 92301

                                                 <u>/s/ Michelle C. Lewis</u>
                                                 MICHELLE C. LEWIS
                                                 Paralegal Specialist