STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: STEPHANIE BARKER
Chief Deputy District Attorney
State Bar No. 003176
500 South Grand Central Pkwy.
P. O. Box 552215
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax (702) 382-5178
E-Mail: Stephanie.Barker@ClarkCountyDA.com
Attorneys for Defendant CLARK COUNTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                       Plaintiff,            )<br>                                                              )<br>           vs.                                         )<br>                                                              )<br>HOPE IPPOLITI,                             )<br>                                                              )<br>                       Defendant.         )<br>_____ ) | Case No: 2:12-cr-485-GMN-(PAL) |

### EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST

### AND REQUEST TO DISCONTINUE NOTICE OF PROCEEDINGS

COMES NOW, Defendant CLARK COUNTY, by and through its counsel STEPHANIE A. BARKER, Chief Deputy District Attorney, and hereby requests removal from the CM/ECF Service List and Discontinuation of Notice of Proceedings in the above-captioned matter. Defendant CLARK COUNTY entered this action for the exclusive purpose of filing CLARK COUNTY TREASURER'S DISCLAIMER OF INTEREST (Docket #82) on September 12, 2014. However, it is no longer necessary that counsel receive CM/ECF notice of ongoing proceedings. Accordingly,

///

///

///

///

///

the undersigned counsel requests to be removed from the CM/ECF Service list in this matter, USDC Case No: Case No: 2:12-cr-485-GMN-(PAL)

RESPECTFULLY SUBMITTED this 14th day of January, 2016.

        STEVEN B. WOLFSON
        DISTRICT ATTORNEY

By: __/s/ Stephanie Barker_____
    STEPHANIE BARKER
    Deputy District Attorney
    State Bar No. 3176
    500 South Grand Central Pkwy.
    Las Vegas, Nevada  89155-2215
    Attorney for Clark County Treasurer

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Clark County District Attorney and that on this 14th day of January, 2016, I served a true and correct copy of the foregoing **EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE OF PROCEEDINGS** Filing system of the United States District Court for the District of Nevada (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

    Daniel D. Hollingsworth
    *Attorney for Plaintiff*
    Daniel.hollingsworth@usdoj.gov

        ___/s/ Emily Elzeftawy_____
        An Employee of the Clark County District
        Attorney's Office – Civil Division

**IT IS SO ORDERED.**
**DATED** this 15 day of January, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court